# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ELIOT J. BROWN,

                         Plaintiff,                        20 **CIVIL** 7419 (SDA)

              -v-                             **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated July 23, 2021, that this action be, and hereby is, reversed and remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           July 23, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                          **BY:**
                                                      **Deputy Clerk**